P2A　　　　0003　　P2A　　　　**Earnings Statement**

ADVANCE TECHNOLOGY SYSTEMS
2131 WOODRUFF ROAD
SUITE 2100
GREENVILLE, SC 29607

EASYPAY

Pay Period:　5/01/2009　to　5/31/2009
Pay Date:　　6/10/2009

Employee Number:　　0003
Department Number:
Social Security Number:　XXX-XX-7707
Marital Status:　　MARRIED
Number Of Allowances:　03
Rate:

ALEX BOWDEN
921 MONTE VISTA DR
GADSEN, AL 35904

| Hours and Earnings | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|
| Description | Hours | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| SALARY | | 4333.33 | 25999.98 | MED125 | 925.16 | 5550.96 |
| TXAUTO | | 650.00 | 3900.00 | DEN125 | 97.66 | 585.96 |
| | | | | FICA | 302.97 | 1817.87 |
| | | | | FED WT | 224.08 | 1344.46 |
| | | | | AL ST | 144.74 | 858.45 |
| | | | | LIF125 | 6.50 | 39.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $29,899.98 | $4,983.33 | $1,701.11 | $3,282.22 |

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**ADVANCE TECHNOLOGY SYSTEMS**
2131 WOODRUFF ROAD
SUITE 2100　　　　　　　　　　　　　　　Check Date:　6/10/2009
GREENVILLE, SC 29607

$3,282.22 DEPOSIT TO BANK# XXXXXXXX CHK ACCT# XXXXXXXX9640

　　　　　　　　　0003　　P2A　　　　　　　　　　　　　　　　$3282.22
Pay To The
Order Of　　　ALEX BOWDEN
　　　　　　　921 MONTE VISTA DR
　　　　　　　GADSEN, AL 35904

****VOID*****VOID****

THIS IS NOT A CHECK

**VOUCHER ONLY - NON-NEGOTIABLE**

| P2A | 0003 | P2A |
|---|---|---|
| | ADVANCE TECHNOLOGY SYSTEMS | |
| | 2131 WOODRUFF ROAD | |
| | SUITE 2100 | |
| | GREENVILLE, SC 29607 | |

## Earnings Statement

EASYPAY

Pay Period: 4/01/2009 to 4/30/2009
Pay Date: 5/08/2009

Employee Number: 0003
Department Number:
Social Security Number: XXX-XX-7707
Marital Status: MARRIED
Number Of Allowances: 03
Rate:

ALEX BOWDEN
921 MONTE VISTA DR
GADSEN, AL 35904

### Hours and Earnings

| Description | Hours | This Period | Year-To-Date |
|---|---|---|---|
| SALARY | | 4333.33 | 21666.65 |
| TXAUTO | | 650.00 | 3250.00 |

### Taxes and Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| MED125 | 925.16 | 4625.80 |
| DEN125 | 97.66 | 488.30 |
| FICA | 302.98 | 1514.90 |
| FED WT | 224.08 | 1320.38 |
| AL ST | 144.74 | 713.71 |
| LIF125 | 6.50 | 32.50 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $24,916.65 | $4,983.33 | $1,701.12 | $3,282.21 |

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**ADVANCE TECHNOLOGY SYSTEMS**
2131 WOODRUFF ROAD
SUITE 2100
GREENVILLE, SC 29607

DEPOSIT

Check Date: 5/08/2009

$3,282.21 DEPOSIT TO BANK# 062000080 CHK ACCT# 1000550139640

$3282.21

THIS IS NOT A CHECK

Pay To The Order Of
0003　P2A
ALEX BOWDEN
921 MONTE VISTA DR
GADSEN, AL 35904

****VOID****VOID****

**VOUCHER ONLY - NON-NEGOTIABLE**

| P2A | 0003  P2A | Earnings Statement | EASYPAY |
|---|---|---|---|
| | ADVANCE TECHNOLOGY SYSTEMS<br>2131 WOODRUFF ROAD<br>SUITE 2100<br>GREENVILLE, SC 29607 | Pay Period:  3/01/2009 to 3/31/2009<br>Pay Date:   4/08/2009 | |

Employee Number:     0003
Department Number:
Social Security Number:  XXX-XX-7707
Marital Status:      MARRIED
Number Of Allowances: 03
Rate:

ALEX BOWDEN
921 MONTE VISTA DR
GADSEN, AL 35904

### Hours and Earnings

| Description | Hours | This Period | Year-To-Date |
|---|---|---|---|
| SALARY | | 4333.33 | 17333.32 |
| TXAUTO | (included in salary) | 650.00 | 2600.00 |

### Taxes and Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| MEDI25  *Medical* | 925.16 | 3700.64 |
| DEN125  *Dental* | 97.66 | 390.64 |
| FICA | 302.98 | 1211.92 |
| FED WT | 224.08 | 1096.30 |
| AL  ST | 144.74 | 568.97 |
| LIF125 | 6.50 | 26.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $19,933.32 | $4,983.33 | $1,701.12 | $3,282.21 |

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**ADVANCE TECHNOLOGY SYSTEMS**                    DEPOSIT
2131 WOODRUFF ROAD
SUITE 2100                                Check Date:  4/08/2009
GREENVILLE, SC 29607

$3,282.21 DEPOSIT TO BANK# 062000080 CHK ACCT# 1000550139640

Pay To The Order Of:    0003    P2A         Pay This Amount    $3282.21
ALEX BOWDEN
921 MONTE VISTA DR
GADSEN, AL 35904

****VOID*****VOID****

THIS IS NOT A CHECK

**VOUCHER ONLY - NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.